Robert L. Wallace
880928
Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

77,904-02

Court Of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

Dear Mr. Acosta

RE: 757673-A
    WR-77,904-02

May you PLEASE tell me what is
the Disposition of my Writ Of Habeas
Corpus. THANK YOU

Sincerely,
Robert L. Wallace

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk